UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:25-00304-01 |
| VERSUS | JUDGE DAVID C. JOSEPH |
| CHRISTOPHER DESHUN WILLIAMS | MAG. JUDGE KAYLA D. MCCLUSKY |

### JUDGMENT

The REPORT AND RECOMMENDATION [Doc. 27] of the Magistrate Judge having been considered, and the defendant having waived his right to object thereto,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Court accepts the guilty plea of the Defendant Christopher Deshun Williams and adjudges him guilty of the offense charged in Count One of the INDICTMENT [Doc. 1].

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Court accepts Defendant's agreement to forfeit and abandon any claim, right, title, or interest he may have in the firearms and ammunition referenced in the Indictment.

THUS DONE AND SIGNED in Chambers this 21st day of January 2026.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE